STATE of Missouri, Respondent,

v.

James E. DAVIS, Appellant.

No. ED 78184.

Missouri Court of Appeals, Eastern District, Division Four.

May 15, 2001.

Irene Karns, Asst. Public Defender, Columbia, MO, Attorneys for Appellant.

1. All rule references are to Mo. R.Crim. P.2001, unless otherwise indicated.

Jeremiah W. (Jay) Nixon, Attorney General, Lisa Sutherland, Asst. Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before LAWRENCE E. MOONEY, P.J., and PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

James Davis (Defendant) appeals his conviction of possession of a controlled substance with intent to distribute, section 195.211, RSMo 2000. We have reviewed the briefs of the parties and the record on appeal and find there is sufficient evidence from which a reasonable juror might have found Defendant guilty beyond a reasonable doubt. *State v. Grim,* 854 S.W.2d 403, 407 (Mo. banc 1993). An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).